# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSOCIATES IN MEDICAL TOXICOLOGY, P.C., *et al.*, | : | Civil No. 1:19-CV-01753 |
| Plaintiffs, | : | |
| v. | : | |
| EMOGENE RENEA SNYDER, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **MEDIATOR REPORT**

On September 21, 2020, the parties participated in a mediation in compliance with the Local Rules and Order of this Court. Discussions continued thereafter, but the parties have now reached impasse, without any settlement reached. The mediation is now concluded.

Date: September 24, 2020         /s/Michael W. Winfield
                                 Michael W. Winfield, Mediator

20884811v1