# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSOCIATES IN MEDICAL TOXICOLOGY, PC, *et al.*, | |
| Plaintiffs, | |
| v. | Case No: 1:19-cv-01753-YK |
| EMOGENE RENEA SNYDER, *et al.*, | |
| Defendants. | |

### PLAINTIFFS' MOTION FOR LEAVE TO SERVE SUBPOENAS

Plaintiffs Associates in Medical Toxicology, P.C. ("AMT"), and Philip W. Moore, DO ("Dr. Moore") (hereinafter collectively referred to as "Plaintiffs"), by and through undersigned counsel, and pursuant to Rule 45(a) of the Federal Rules of Civil Procedure, respectfully move for entry of an Order granting them leave to serve subpoenas upon Defendant Emogene Renea Snyder's ("Defendant") physicians to obtain certain medical records, for the reasons set forth in the accompanying Memorandum of Law in Support of the Motion, filed contemporaneously herewith. As reflected in Counsel for Defendant's correspondence to the Court dated July 2, 2020, Defendant opposes the instant motion.

Dated: September 29, 2020        Respectfully submitted,

*/s/Dennis E. Boyle*
Dennis E. Boyle (PA49618)
Blerina Jasari (Admitted *pro hac vice*)
Berliner, Corcoran & Rowe L.L.P.
1101 Seventeenth Street, N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 293-5555
Email: dboyle@bcr-dc.com
            bjasari@bcr-dc.com

*/s/Kathleen Misturak-Gingrich*
Kathleen Misturak-Gingrich (PA#41682)
Law Offices of Peter J. Russo, P.C.

245 Grandview Avenue, Suite 102
Camp Hill, PA  17011
Telephone: (717) 591-1755
Email: kgingrich@pjrlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Dennis E. Boyle, Esquire, hereby certify that on September 29, 2020, a true and correct copy of the foregoing Motion for Leave to Serve Subpoenas and the Memorandum of Law in Support thereof, were electronically filed with the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Paige Macdonald-Matthes, Esquire
> Joshua Kaplan, Esquire
> Obermayer Rebmann Maxwell & Hippel LLP
> 200 Locust Street, Suite 400
> Harrisburg, PA 17101-1508
>
> *Counsel for Defendants*

*/s/Dennis E. Boyle*
Dennis E. Boyle