# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSOCIATES IN MEDICAL TOXICOLOGY, PC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EMOGENE RENEA SNYDER, *et al.*, <br><br> Defendants. | Case No: 1:19-cv-01753-YK |

### [PROPOSED] ORDER

**AND NOW**, on this _____ day of _____, 2020, following consideration of Plaintiffs' Philip W. Moore, DO, and Associates in Medical Toxicology, PC's Motion for Leave to Serve Subpoenas, **IT IS ORDERED THAT** the Motion is **GRANTED**.

_____
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania