# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSOCIATES IN MEDICAL TOXICOLOGY, P.C., and PHILIP W. MOORE, : : : : Plaintiffs, : : v. : : EMOGENE RENEA SNYDER, and MIGLIORE TREATMENT SERVICES, LLC, : : : : Defendants. | Civil No. 1:19-CV-01753<br><br><br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 15th day of October, 2020, following review of Defendant's motion for protective order, Doc. 84, **IT IS ORDERED THAT** this matter is referred to United States Magistrate Judge Joseph F. Saporito, Jr. for resolution of this motion.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania