IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSOCIATES IN MEDICAL TOXICOLOGY, P.C., et al., | : | CIVIL NO. 1:19-CV-1753 |
| | : | |
| | : | (Judge Wilson) |
| Plaintiff | : | |
| | : | (Magistrate Judge Saporito) |
| v. | : | |
| | : | |
| EMOGENE RENEA SNYDER, et al., | : | |
| | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 20th day of October, 2020, IT IS HEREBY ORDERED THAT:

1. A telephonic discovery conference shall be conducted in the above-captioned action on <u>October 22, 2020, at 9:45 a.m.</u>

2. Counsel shall utilize the following information to access the conference:

    Toll-Free Number: (888) 251-2909
    Access Code: 2052706

*[signature]*
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**

*FILED WILKES BARRE OCT 20 2020 PER MS DEPUTY CLERK*