# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSOCIATES IN MEDICAL TOXICOLOGY, PC, *et al.*, | |
| Plaintiffs, | |
| v. | Case No: 1:19-cv-01753-YK |
| EMOGENE RENEA SNYDER, *et al.*, | |
| Defendants. | |

### PLAINTIFFS' OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR A PROTECTIVE ORDER

Plaintiffs Associates in Medical Toxicology, P.C., and Philip W. Moore, DO (hereinafter collectively referred to as "Plaintiffs"), by and through undersigned counsel, file their Opposition to Defendants Emogene Renea Snyder's and Migliore Treatment Services, LLC's (hereinafter collectively referred to as "Defendants") Cross-Motion for a Protective Order.

For the reasons discussed in the accompanying Memorandum of Law, Defendants' Motion should be denied.

Dated:  October 21, 2020

Respectfully submitted,

*/s/Dennis E. Boyle*
Dennis E. Boyle (PA#49618)
Blerina Jasari (Admitted *pro hac vice*)
Berliner, Corcoran & Rowe L.L.P.
1101 Seventeenth Street N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 293-5555
Email:  dboyle@bcr-dc.com
            bjasari@bcr-dc.com

*/s/Kathleen Misturak-Gingrich*
Kathleen Misturak-Gingrich (PA#41682)
Law Offices of Peter J. Russo, P.C.
245 Grandview Avenue, Suite 102
Camp Hill, PA  17011
Telephone: (717) 591-1755

Email: kgingrich@pjrlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Dennis E. Boyle, Esquire, hereby certify that on October 21, 2020, a true and correct copy of the Opposition to Defendants' Cross-Motion for a Protective Order and the Memorandum of Law in Support thereof, were electronically filed with the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Paige Macdonald-Matthes, Esquire
>Joshua Kaplan, Esquire
>Obermayer Rebmann Maxwell & Hippel LLP
>200 Locust Street, Suite 400
>Harrisburg, PA 17101-1508
>
>*Counsel for Defendants*

>　　　　　　　　　　　　　　*/s/Dennis E. Boyle*
>　　　　　　　　　　　　　　Dennis E. Boyle