# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSOCIATES IN MEDICAL TOXICOLOGY, P.C. and PHILIP W. MOORE, | : : : : | Civil No. 1:19-CV-01753 |
| Plaintiffs, | : : | |
| v. | : : | |
| EMOGENE RENEA SNYDER, *et al.*, | : : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 23rd day of November, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED** that Defendants' motion to compel mediation and arbitration (Doc. 33) is **DENIED WITHOUT PREJUDICE**.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Court Judge
> Middle District of Pennsylvania