## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSOCIATES IN MEDICAL TOXICOLOGY, PC, *et al*., | |
| Plaintiffs, | |
| v. | Case No: 1:19-cv-01753-JPW |
| EMOGENE RENEA SNYDER, *et al*., | |
| Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## WITHOUT SUBSTITUTION

Pursuant to Rule 83.15 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, the undersigned counsel for Associates in Medical Toxicology, P.C. ("AMT"), and Philip W. Moore, DO ("Dr. Moore") (hereinafter collectively referred to as "Plaintiffs") hereby requests leave of Court to withdrawal the appearance of Kathleen Misturak-Gingrich, Esquire, as counsel of record for the Plaintiffs.  In support of her Motion, counsel states:

1.  The undersigned is currently listed as counsel for the Plaintiffs;

2.  Plaintiffs are represented by multiple counsel in this lawsuit, including litigation counsel, Dennis Boyle, Esquire and Blerina Jasari, Esquire;

3.  Kathleen Misturak-Gingrich, Esquire, serves as corporate counsel to AMT and also acts as local counsel in this lawsuit;

4.    Plaintiffs and litigation counsel have agreed to the withdrawal of the undersigned counsel.

5.    A copy of the Motion has been sent to opposing counsel, who advised that they do not object to the Motion.

6.    A copy of this Motion will be served upon Plaintiff, AMT, at its last known business address of 207 House Avenue, Suite 102, Camp Hill, Pennsylvania 17011.

7.    By request of Dr. Moore, a copy of this Motion will be served upon Plaintiff, Philip W. Moore, DO, at his last known business address listed above.

**WHEREFORE,** the undersigned respectfully requests that this Honorable Court grant Kathleen Misturak-Gingrich, Esquire and the Law Offices of Peter J. Russo, P.C. leave to withdraw as counsel for the Plaintiffs.

Respectfully Submitted,


By:   */s/Kathleen Misturak-Gingrich*
      Kathleen Misturak-Gingrich (PA#41682)
      Law Offices of Peter J. Russo, P.C.
      245 Grandview Avenue, Suite 102
      Camp Hill, PA  17011
      Telephone: (717) 591-1755
      Email: kgingrich@pjrlaw.com
      *Counsel for Plaintiffs*

Date: July 26, 2021

## **<u>CERTIFICATE OF SERVICE</u>**

**AND NOW**, this 26th day of July, 2021, I, Alycia D. Pote, Paralegal, hereby certify that a copy of the Motion to Withdraw as Counsel of Records without Substitution was served via the Court's CM/ECF system on:

> Dennis E. Boyle, Esquire
> Blerina Jasari, Esquire
> 1050 Connecticut Avenue, Suite 500
> Washington, DC 20036
> *Counsel for Plaintiffs*
>
> Paige Macdonald-Matthes, Esquire
> Joshua Kaplan, Esquire
> Obermayer Rebmann Maxwell & Hippel LLP
> 200 Locust Street, Suite 400
> Harrisburg, PA 17101-1508
> *Counsel for Defendants*

**AND NOW**, this 26th day of July, 2021, I, Alycia D. Pote, Paralegal, hereby certify that a copy of the Motion to Withdraw as Counsel of Records without Substitution was served via United States First Class Mail, Postage Prepaid upon the following:

> Philip W. Moore, DO and
> Associates in Medical Toxicology, P.C.
> 207 House Avenue, Suite 102
> Camp Hill, PA 17011

LAW OFFICES OF PETER J. RUSSO, P.C.

By: _____
Alycia D. Pote, Paralegal
245 Grandview Avenue, Suite 102
Camp Hill, PA  17011
(717) 591-1755