## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ASSOCIATES IN MEDICAL : Civil No. 1:19-CV-01753
TOXICOLOGY, P.C., and :
PHILIP W. MOORE, :
                     :
        Plaintiffs, :
                     :
        v. :
                     :
EMOGENE RENEA SNYDER, and :
MIGLIORE TREATMENT SERVICES, :
LLC, :
                     :
        Defendants. : Judge Jennifer P. Wilson

## ORDER

    **AND NOW**, on this 27th day of July, 2021, upon consideration of the

motion to withdraw as counsel of record without substitution, Doc. 199, **IT IS**

**ORDERED THAT** the motion is **GRANTED**.  The clerk of court shall withdraw

the appearance of Kathleen Misturak-Gingrich, Esquire and the Law Offices of

Peter J. Russo, P.C. as counsel for the Plaintiffs, Associates in Medical

Toxicology, P.C., and Philip W. Moore, DO, and shall retain litigation counsel,

Dennis Boyle, Esquire and Blerina Jasari, Esquire, as counsel of record for the

Plaintiffs.


                            s/Jennifer P. Wilson
                            JENNIFER P. WILSON
                            United States District Court Judge
                            Middle District of Pennsylvania