IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASSOCIATES IN MEDICAL TOXICOLOGY, P.C. AND PHILIP W. MOORE**<br><br>　　Plaintiffs,<br><br>vs.<br><br>**EMOGENE RENEA SNYDER and MIGLIORE TREATMENT SERVICES, LLC**<br><br>　　Defendants. | Case No.:  1:19-cv-01753-JPW<br><br>Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 2nd day of August, 2021, upon consideration of the Unopposed Motion of Defendants to File Exhibits "CC", "DD", "EE", "KK", "QQ", "RR", "SS", "TT", "UU", "VV" and an argument section on Page 31 to Defendants' Reply Brief in Support of Defendants' Second Motion for Partial Summary Judgment Under Seal, it is hereby **ORDERED** that Defendants' Unopposed Motion of Defendants to File Exhibits "CC", "DD", "EE", "KK", "QQ", "RR", "SS", "TT", "UU", "VV" and an argument section on Page 31

4849-4129-6115

to Defendants' Reply Brief in Support of Second Motion for Partial Summary Judgment Under Seal is **GRANTED**.

By the Court:

_s/ Jennifer P. Wilson_
Wilson, J.